# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re:  Saleh Al Youssef | Related Bankruptcy Case: 19-12420 |
| Debtor | Chapter 7 |
|  | Judge Janet E. Bostwick |
| William K. Harrington, |  |
| United States Trustee, Region One, |  |
| Plaintiff, |  |
| vs. | Adversary Proceeding:  21-01026 |
| Saleh Al Youssef, |  |
| Defendant |  |

## DEBTOR/DEFENDANT'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

Now comes the Defendant, by counsel, and respectfully responds to the Amended Complaint filed by the United States Trustee as follows:

1. The Defendant admits the allegations contained in this paragraph.

2. The Defendant admits the allegations contained in this paragraph.

3. The Defendant admits the allegations contained in this paragraph.

4. The Defendant admits the allegations contained in this paragraph.

5. The Defendant admits the allegations contained in this paragraph.

6. The Defendant admits the allegations contained in this paragraph.

7. The Defendant admits the allegations contained in this paragraph.

8. The Defendant admits the allegations contained in this paragraph.

9. The Defendant admits the allegations contained in this paragraph.

10. The Defendant repeats and realleges the allegations contained in paragraphs 1 through 10 as if fully incorporated herein.

11. The Defendant admits the allegations contained in this paragraph.

12. The Defendant admits the allegations contained in this paragraph.

13. The Defendant admits the allegations contained in this paragraph.

14. The Defendant admits the allegations contained in this paragraph.

15. The Defendant admits the allegations contained in this paragraph.

16. The Defendant admits the allegations contained in this paragraph.

17. The Defendant admits the allegations contained in this paragraph.

18. The Defendant admits the allegations contained in this paragraph.

19. The Defendant admits the allegations contained in this paragraph.

20. The Defendant admits the allegations contained in this paragraph.

21. The Defendant admits the allegations contained in this paragraph.

22. The Defendant admits the allegations contained in this paragraph.

23. The Defendant admits the allegations contained in this paragraph.

24. The Defendant admits the allegations contained in this paragraph.

25. The Defendant admits the allegations contained in this paragraph.

26. The Defendant admits the allegations contained in this paragraph.

27. The Defendant admits the allegations contained in this paragraph.

28. The Defendant admits the allegations contained in this paragraph.

29. The Defendant admits the allegations contained in this paragraph.

30. The Defendant admits the allegations contained in this paragraph.

31. The Defendant admits the allegations contained in this paragraph.

32. The Defendant admits the allegations contained in this paragraph.

33. The Defendant admits the allegations contained in this paragraph.

34. The Defendant admits the allegations contained in this paragraph.

35. The Defendant admits the allegations contained in this paragraph.

36. The Defendant admits the allegations contained in this paragraph.

37. The Defendant admits the allegations contained in this paragraph.

38. The Defendant admits the allegations contained in this paragraph.

39. The Defendant admits the allegations contained in this paragraph.

40. The Defendant admits the allegations contained in this paragraph.

41. The Defendant admits the allegations contained in this paragraph.

42. The Defendant admits the allegations contained in this paragraph.

43. The Defendant admits the allegations contained in this paragraph.

44. The Defendant admits the allegations contained in this paragraph.

45. The Defendant admits the allegations contained in this paragraph.

46. The Defendant admits the allegations contained in this paragraph.

47. The Defendant admits the allegations contained in this paragraph.

48. The Defendant admits the allegations contained in this paragraph.

49. The Defendant admits the allegations contained in this paragraph.

50. The Defendant admits the allegations contained in this paragraph.

51. The Defendant admits the allegations contained in this paragraph.

52. The Defendant admits the allegations contained in this paragraph.

53. The Defendant admits the allegations contained in this paragraph.

54. The Defendant's testimony at his 341 meeting speaks for itself.

55. The Defendant admits the allegations contained in this paragraph.

56. The Defendant admits the allegations contained in this paragraph.

57. The Defendant admits the allegations contained in this paragraph.

58. The Defendant admits the allegations contained in this paragraph.

59. The Defendant admits the allegations contained in this paragraph.

60. The Defendant admits the allegations contained in this paragraph.

61. 
    a. The Defendant admits the allegations contained in this paragraph.
    b. The Defendant admits the allegations contained in this paragraph.
    c. The Defendant admits the allegations contained in this paragraph.
    d. The Defendant admits the allegations contained in this paragraph.
    e. The Defendant admits the allegations contained in this paragraph.
    f. The Defendant admits the allegations contained in this paragraph.
    g. The Defendant denies the allegations contained in this paragraph.
    h. The Defendant denies the allegations contained in this paragraph.
    i. The Defendant is without knowledge as to the assertions made in this paragraph.
    j. The Defendant admits the allegations contained in this paragraph.
    k. The Defendant admits the allegations contained in this paragraph.
    l. The Defendant admits the allegations contained in this paragraph.
    m. The Defendant admits the allegations contained in this paragraph.
    n. The Defendant admits the allegations contained in this paragraph.
    o. The Defendant denies the allegations contained in this paragraph.
    p. The Defendant admits the allegations contained in this paragraph.
    q. The Defendant admits the allegations contained in this paragraph.
    r. The Defendant denies the allegations contained in this paragraph.
    s. The Defendant admits the allegations contained in this paragraph.
    t. The Defendant denies the allegations contained in this paragraph.
    u. The Defendant admits the allegations contained in this paragraph.
    v. The Defendant admits that a sale transaction occurred as delineated in this paragraph, but denies all remaining assertions.
    w. The Defendant denies the allegations contained in this paragraph.
    x. The Defendant denies the allegations contained in this paragraph.
    y. The Defendant denies the allegations contained in this paragraph.
    z. The Defendant admits the allegations contained in this paragraph.
    aa. The Defendant admits the allegations contained in this paragraph.
    bb. The Defendant admits the allegations contained in this paragraph.
    cc. The Defendant denies the allegations contained in this paragraph.
    dd. The Defendant admits the allegations contained in this paragraph.
    ee. The Defendant admits the allegations contained in this paragraph.
    ff. The Defendant admits the allegations contained in this paragraph.

gg. The Defendant is without knowledge as to the assertions made in this paragraph.
hh. The Defendant denies the allegations contained in this paragraph.
ii. The Defendant denies the allegations contained in this paragraph.
jj. The Defendant is without knowledge as to the assertions contained in this paragraph.
kk. The Defendant denies the allegations contained in this paragraph.
ll. The Defendant is without knowledge as to the assertions contained in this paragraph.
mm. The Defendant is without knowledge as to the assertions contained in this paragraph.
nn. The Defendant admits that passengers/clients pay for driving services using credit and debit cards and cash. The Defendant denies all remaining assertions in this paragraph.
oo. The Defendant denies the allegations contained in this paragraph.
pp. The Defendant denies the allegations contained in this paragraph.
qq. The Defendant admits the allegations contained in this paragraph.
rr. The Defendant denies the allegations contained in this paragraph.
ss. The Defendant admits payments were made on Denise's credit cards but is without knowledge as to the remaining assertions in this paragraph.
tt. The Defendant admits the allegations contained in this paragraph.
uu. The Defendant admits the allegations contained in this paragraph.
vv. The Defendant is without knowledge as to the assertions contained in this paragraph.
ww. The Defendant admits the allegations contained in this paragraph.
xx. The Defendant admits that Keiko Kawazoe was a contract driver.
yy. The Defendant is without knowledge as to the allegations contained in this paragraph.
zz. The Defendant denies the allegations contained in this paragraph.
aaa. The Defendant admits that Alexis never had any agreement in writing.
bbb. The Defendant admits that Alexis Dixit had been introduced at some point and is without knowledge as to the remaining allegations contained in this paragraph.
ccc. The Defendant is without knowledge as to the allegations contained in this paragraph.
ddd. The Defendant is without knowledge as to the allegations contained in this paragraph.
eee. The Defendant is without knowledge as to the allegations contained in this paragraph.
fff. The Defendant is without knowledge as to the allegations contained in this paragraph.
ggg. The Defendant is without knowledge as to the allegations contained in this paragraph.
hhh. The Defendant is without knowledge as to the allegations contained in this paragraph.
iii. The Defendant is without knowledge as to the allegations contained in this paragraph.

jjj. The Defendant is without knowledge as to the allegations contained in this paragraph.
kkk. The Defendant is without knowledge as to the allegations contained in this paragraph.
lll. The Defendant admits that he endorsed and cashed checks.
mmm. The Defendant admits the allegations contained in this paragraph.
nnn. The Defendant is without knowledge as to the allegations contained in this paragraph.
ooo. The Defendant is without knowledge as to the allegations contained in this paragraph.
ppp. The Defendant is without knowledge as to the allegations contained in this paragraph.
qqq. The Defendant admits that a 2008 Cadillac Escalade was sold.
rrr. The Defendant denies the allegations contained in this paragraph.
sss. The Defendant is without knowledge as to the allegations contained in this paragraph.
ttt. The Defendant is without knowledge as to the allegations contained in this paragraph.
uuu. The Defendant is without knowledge as to the allegations contained in this paragraph.
vvv. The Defendant is without knowledge as to the allegations contained in this paragraph.
www. The Defendant is without knowledge as to the allegations contained in this paragraph.
xxx. The Defendant is without knowledge as to the allegations contained in this paragraph.
yyy. The Defendant is without knowledge as to the allegations contained in this paragraph.
zzz. The Defendant is without knowledge as to the allegations contained in this paragraph.
aaaa. The Defendant is without knowledge as to the allegations contained in this paragraph.
bbbb. The Defendant denies the allegations contained in this paragraph.
cccc. The Defendant denies the allegations contained in this paragraph.
dddd. The Defendant denies the allegations contained in this paragraph.
eeee. The Defendant denies the allegations contained in this paragraph.
ffff. The Defendant denies the allegations contained in this paragraph.
gggg. The Defendant admits the allegations contained in this paragraph.
hhhh. The Defendant admits the allegations contained in this paragraph.

C. **The Defendant's transfers of his property in cash to Denise by deposit to Denise's Account in 2018.**

62. The Defendant denies the allegations contained in this paragraph.

63. The Defendant denies the allegations contained in this paragraph.

64. The Defendant denies the allegations contained in this paragraph.

65. The Defendant denies the allegations contained in this paragraph.

**D.    Gross receipts deposited to the SOL Account and the Defendant's online transfers from the SOL Account and other transfers in case to Denise by deposit to Denise's Account during the CMI period.**

66. The Debtor admits that deposits were made to the SOL Account. The Debtor denies the remaining assertions in Paragraph 66.

67. The Debtor denies that deposits were made for Denise's benefit.

68. The Defendant denies the allegations contained in this paragraph.

**E.    The Defendant's unexplained cash transactions within eighteen months prior to and on the Petition Date and shortly thereafter**

69. The Defendant admits the allegations contained in this paragraph.

70. The Defendant admits the allegations contained in this paragraph.

71. The Defendant admits that cash withdrawals occurred from Denise's account, but denies the remaining assertions in this paragraph.

72. The Defendant admits that cash withdrawals occurred from Denise's account, but denies the remaining assertions in this paragraph.

73. The Defendant admits that cash withdrawals occurred from Denise's account, but denies the remaining assertions in this paragraph.

74. The Defendant admits that cash withdrawals occurred from Denise's account, but denies the remaining assertions in this paragraph.

75. The Defendant admits that cash withdrawals occurred from Denise's account, but denies the remaining assertions in this paragraph.

76. The Defendant admits that cash withdrawals occurred from Denise's account, but denies the remaining assertions in this paragraph.

77. The Defendant admits that cash withdrawals occurred from Denise's account, but denies the remaining assertions in this paragraph.

78. The Defendant admits that cash withdrawals occurred from Denise's account, but denies the remaining assertions in this paragraph.

79. The Defendant admits that cash withdrawals occurred from Denise's account, but denies the remaining assertions in this paragraph.

80. The Defendant admits that cash withdrawals occurred from Denise's account, but denies the remaining assertions in this paragraph.

81. The Defendant admits that cash withdrawals occurred from Denise's account, but denies the remaining assertions in this paragraph.

82. The Defendant admits that cash withdrawals occurred from Denise's account, but denies the remaining assertions in this paragraph.

83. The Defendant admits that cash withdrawals occurred from Denise's account, but denies the remaining assertions in this paragraph.

84. The Defendant admits that cash withdrawals occurred from SOL's account, but denies the remaining assertions in this paragraph.

85. The Defendant admits that cash withdrawals occurred from SOL's account, but denies the remaining assertions in this paragraph.

86. The Defendant admits that cash withdrawals occurred from SOL's account, but denies the remaining assertions in this paragraph.

87. The Defendant admits that cash withdrawals occurred from SOL's account, but denies the remaining assertions in this paragraph.

88. The Defendant admits that cash withdrawals occurred from SOL's account, but denies the remaining assertions in this paragraph.

89. The Defendant admits that cash withdrawals occurred from SOL's account, but denies the remaining assertions in this paragraph.

90. The Defendant admits that cash withdrawals occurred from SOL's account, but denies the remaining assertions in this paragraph.

91. The Defendant admits the allegations contained in this paragraph.

92. The Defendant admits the allegations contained in this paragraph.

93. The Defendant admits the allegations contained in this paragraph.

94. The Defendant admits the allegations contained in this paragraph.

95. The Defendant admits the allegations contained in this paragraph.

96. The Defendant admits the allegations contained in this paragraph.

97. The Defendant admits the allegations contained in this paragraph.

98. The Defendant admits the allegations contained in this paragraph.

99. The Defendant admits the allegations contained in this paragraph.

100. The Defendant admits the allegations contained in this paragraph.

101. The Defendant admits the allegations contained in this paragraph.

102. The Defendant admits the allegations contained in this paragraph.

103. The Defendant admits the allegations contained in this paragraph.

104. The Defendant admits the allegations contained in this paragraph.

105. The Defendant admits the allegations contained in this paragraph.

106. The Defendant admits the allegations contained in this paragraph.

107. The Defendant admits the allegations contained in this paragraph.

108. The Defendant denies the allegations contained in this paragraph.

109. The Defendant denies the allegations contained in this paragraph.

**F.     The Defendant's intentional concealment and material false oaths or accounts made knowingly and fraudulently or with reckless disregard or the truth.`**

110. The Defendant states that the Schedule and SOFA speak for themselves.

111. The Defendant denies that he knew about the three (3) checks such that there existed an obligation to list them on the Petition and Schedules.

112. The Defendant denies that he knew about the three (3) checks such that there existed an obligation to list them on the Petition and Schedules.

113. The Defendant admits that the tax refund was not on his Schedule.

114. The Defendant denies that he knew about the joint 2018 Federal tax refund such that there existed an obligation to list it on the Petition and Schedules.

115. The Defendant denies that he knew about the joint 2018 Federal tax refund such that there existed an obligation to list it on the Petition and Schedules.

116. The Debtor states that he listed what was required on his Petition, Schedules, and SOFA and therefore denies the assertions in this paragraph.

117. The Defendant denies that he knew about any transfers and gross income such that there existed an obligation to list it on the Petition and Schedules.

118. The Defendant denies that he knew about any transfers and gross income such that there existed an obligation to list it on the Petition and Schedules.

119. The Defendant knew of deposits to BOA accounts and deposits in 2018. The Defendant denies all remaining assertions contained in this paragraph.

120. The Defendant denies that he knew about any control of Soloc and/or connection to SOL such that there existed an obligation to list it on the Petition and Schedules.

121. The Defendant knew of deposits to BOA accounts and deposits in 2018. The Defendant denies all remaining assertions contained in this paragraph.

122. The Defendant states that the SOFA speaks for itself.

123. The Defendant neither admits nor denies the allegations contained in this paragraph because it is not clear what is meant by "connections".

124. The Defendant neither admits nor denies the allegations contained in this paragraph because it is not clear what is meant by "connections".

125. The Defendant states that the SOFA speaks for itself.

126. The Defendant admits the allegations contained in this paragraph.

127. The Defendant admits the allegations contained in this paragraph.

128. The Defendant denies that he knew about any VIN 22477 such that there existed an obligation to list it on the Petition and Schedules.

129. The Defendant denies that he knew about any VIN 22477 such that there existed an obligation to list it on the Petition and Schedules.

130. The Defendant denies that he knew about any VIN 22477 such that there existed an obligation to list it on the Petition and Schedules.

131. The Debtor states that he properly provided all information required in the SOFA to the extent that he knew such information was required.

132. The Defendant denies that he knew about any gifts or transfers such that there existed an obligation to list it on the Petition and Schedules.

133. The Defendant denies that he knew about any gifts or transfers such that there existed an obligation to list it on the Petition and Schedules.

134. The Debtor states that he properly provided all information required in the SOFA to the extent that he knew such information was required.

135. The Defendant denies the allegations contained in this paragraph.

136. The Defendant denies the allegations contained in this paragraph.

137. The Debtor states that he properly provided all information required in the SOFA to the extent that he knew such information was required.

138. The Defendant denies that he knew about any payments or transfers such that there existed an obligation to list it on the Petition and Schedules.

139. The Defendant denies that he knew about any payments or transfers such that there existed an obligation to list it on the Petition and Schedules.

140. The Debtor states that he properly provided all information required in the SOFA to the extent that he knew such information was required.

141. The Defendant denies that he knew about the State Court Execution such that there existed an obligation to list it on the Petition and Schedules.

142. The Defendant denies that he knew about the State Court Execution such that there existed an obligation to list it on the Petition and Schedules.

143. The Debtor states that he properly provided all information required in the SOFA to the extent that he knew such information was required.

144. The Defendant denies that he knew about the Electronics and a BOA safe deposit box such that there existed an obligation to list it on the Petition and Schedules.

145. The Defendant denies that he knew about the Electronics and a BOA safe deposit box such that there existed an obligation to list it on the Petition and Schedules.

146. The Defendant denies the allegations contained in this paragraph.

### COUNT ONE
### (To Deny the Defendant His Discharge Pursuant to 11 U.S.C. §727(a)(2))

147. The Defendant repeats and realleges the allegations contained in paragraphs 1 through 146 as if fully incorporated herein.

148. The Defendant admits the allegations contained in this paragraph.

149. The Defendant denies the allegations contained in this paragraph.

150. The Defendant denies the allegations contained in this paragraph.

151. The Defendant denies the allegations contained in this paragraph.

152. The Defendant denies the allegations contained in this paragraph.

## COUNT TWO
### (To Deny the Defendant His Discharge Pursuant to 11 U.S.C. §727(a)(3))

153. The Defendant repeats and realleges the allegations contained in paragraphs 1 through 152 as if fully incorporated herein.

154. The Defendant denies the allegations contained in this paragraph.

155. The Defendant denies the allegations contained in this paragraph.

156. The Defendant denies the allegations contained in this paragraph.

157. The Defendant denies the allegations contained in this paragraph.

158. The Defendant denies the allegations contained in this paragraph.

159. The Defendant denies the allegations contained in this paragraph.

## COUNT THREE
### (To Deny the Defendant His Discharge Pursuant to 11 U.S.C. §727(a)(4)(A))

160. The Defendant repeats and realleges the allegations contained in paragraphs 1 through 159 as if fully incorporated herein.

161. The Defendant admits the allegations contained in this paragraph.

162. The Defendant denies the allegations contained in this paragraph.

163. The Defendant denies the allegations contained in this paragraph.

164. The Defendant denies the allegations contained in this paragraph.

165. The Defendant denies the allegations contained in this paragraph.

166. The Defendant denies the allegations contained in this paragraph.

167. The Defendant denies the allegations contained in this paragraph.

168. The Defendant denies the allegations contained in this paragraph.

169. The Defendant denies the allegations contained in this paragraph.

170. The Defendant denies the allegations contained in this paragraph.

171. The Defendant denies the allegations contained in this paragraph.

172. The Defendant denies the allegations contained in this paragraph.

173. The Defendant denies the allegations contained in this paragraph.

174. The Defendant denies the allegations contained in this paragraph.

175. The Defendant denies the allegations contained in this paragraph.

176. The Defendant denies the allegations contained in this paragraph.

177. The Defendant denies the allegations contained in this paragraph.

## COUNT FOUR
### (To Deny the Defendant His Discharge Under 11 U.S.C. §727(a)(5))

178. The Defendant repeats and realleges the allegations contained in paragraphs 1 through 177 as if fully incorporated herein.

179. The Defendant denies the allegations contained in this paragraph.

180. The Defendant denies the allegations contained in this paragraph.

181. The Defendant denies the allegations contained in this paragraph.

182. The Defendant denies the allegations contained in this paragraph.

183. The Defendant denies the allegations contained in this paragraph.

WHEREFORE, the Debtor/Defendant requests that this Honorable Court deny all relief sought by the Trustee/Plaintiff and for all other relief favorable to the Debtor/Defendant.

Respectfully submitted,

Saleh Al Youssef,

/s/ James P. Ehrhard
James P. Ehrhard
Ehrhard & Associates, P.C.
250 Commercial Street, suite 410
Worcester, Massachusetts 01608
508.791.8411
ehrhard@ehrhardlaw.com

Dated: October 26, 2021

**CERTIFICATE OF SERVICE**

I, James P. Ehrhard, hereby certify that I served the above Answer to the following parties via U.S. Mail first class postage prepaid if not served via the ECF system on today's date of October 26, 2021:

Paula R.C. Bachtell, Esq. VIA ECF