UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SALEH AL YOUSSEF, | ) | |
| | ) | Chapter 7 |
| Debtor | ) | Case No.    19-12420-JEB |
| | ) | |
| | ) | |
| | ) | |
| WILLIAM K. HARRINGTON, | ) | |
| UNITED STATES TRUSTEE, | ) | |
| REGION 1, | ) | |
| | ) | |
| Plaintiff | ) | Adv. Pro. No.    21-01026 |
| | ) | |
| v. | ) | |
| | ) | |
| SALEH AL YOUSSEF, | ) | |
| | ) | |
| Defendant | ) | |

**JOINT MOTION TO
APPROVE SETTLEMENT OF ADVERSARY
PROCEEDING AND DISMISSAL OF CASE
(WITH CERTIFICATES OF SERVICE AND CONFERENCE)**

The United States Trustee and Saleh Al Youssef ("Debtor") respectfully request that the Court approve the stipulation, attached to this motion as Exhibit A, which resolves the adversary proceeding and dismisses the Debtor's chapter 7 case with a two-year bar to filing bankruptcy.

Each party has agreed to bear his own costs.

The stipulation contains mutual releases.

Counsel for the plaintiffs in Adversary Proceeding No. 19-1128, Edward F. McLaughlin, Esq., has indicated his assent to the terms of the stipulation.

                Respectfully submitted,

                WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE, REGION 1

By:   */s/ Paula R. C. Bachtell*
Paula R. C. Bachtell BBO#564155
U. S. Department of Justice
John W. McCormack Post Office & Courthouse
5 Post Office Square, 10th Floor, Suite 1000
Boston, MA 02109-3934
PHONE:   (617) 788-0406
FAX:   (617) 565-6368
Paula.bachtell@usdoj.gov

Dated: March 31, 2022.

                SALEH AL YOUSSEF

By:   */s/ James P. Ehrhard (By Permission)*
James P. Ehrhard BBO#651797
Ehrhard & Associates, P.C.
250 Commercial Street, Suite 410
Worcester, MA 01608
PHONE:   (508) 791-8411
ehrhard@ehrhardlaw.com

Dated: March 31, 2022.

                RABIH CHAHINE
                ELIAS YOUSSEF

Assented to:                By:   */s/ Edward F. McLaughlin (By Permission)*
Law Office of Edward F. McLaughlin
16 Greystone Park, S2
Lynn, MA 01902

781-576-9172
emac@nmplaw.com

Dated: March 31, 2022

# CERTIFICATE OF SERVICE

    I certify that on March 31, 2022, I served true and correct copies of this motion and the attached stipulation by CM/ECF upon the persons who registered in the Court's CM/ECF database for the adversary proceeding and the main case and to all creditors listed below.

WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE, REGION 1

By: */s/ Paula R. C. Bachtell*
Paula R. C. Bachtell BBO#564155
U. S. Department of Justice
John W. McCormack Post Office & Courthouse
5 Post Office Square, 10th Floor, Suite 1000
Boston, MA 02109-3934
PHONE:   (617) 788-0406
FAX:      (617) 565-6368
Paula.bachtell@usdoj.gov

Dated: March 31, 2022.

**BY EMAIL:**

John Aquino, Esq.
ANDERSON AQUINO LLP
240 Lewis Wharf
Boston, MA 02110
617- 723-3600
jja@andersonaquino.com
(Chapter 7 Trustee)

Edward F. McLaughlin, Esq.
Law Office of Edward F. McLaughlin

16 Greystone Park, S2
Lynn, MA 01902
781-576-9172
emac@nmplaw.com

James S. Lawrence, Esq.
LAWRENCE & ASSOCIATES, INC.
2374 Post Road
Warwick, RI 02886
401-739-6700
jlawrence@lawrencelawoffices.com

**BY U.S. MAIL**
**(See Attached List)**

## CERTIFICATE OF CONFERENCE

      I certify that, on March 31, 2022, I conferenced with counsel for Saleh Al Youssef, James P. Ehrhard, Esq., regarding the stipulation.  He agreed to its terms and authorized me to sign his name to it "By Permission" per MLBR Appendix 8, Rule 8. I further conferenced with Edward F. McLaughlin, Esq.  He authorized me to indicate his assent "By Permission" per MLBR Appendix 8, Rule 8.

      WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE, REGION 1

By:   */s/ Paula R. C. Bachtell*
      Paula R. C. Bachtell BBO#564155
      U. S. Department of Justice
      John W. McCormack Post Office & Courthouse
      5 Post Office Square, 10th Floor, Suite 1000
      Boston, MA 02109-3934
      PHONE:   (617) 788-0406
      FAX:   (617) 565-6368
      Paula.bachtell@usdoj.gov

Dated:  March 31, 2022.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SALEH AL YOUSSEF, | ) | |
| | ) | Chapter 7 |
| Debtor | ) | Case No.   19-12420-JEB |
| | ) | |
| | ) | |
| | ) | |
| WILLIAM K. HARRINGTON, | ) | |
| UNITED STATES TRUSTEE, | ) | |
| REGION 1, | ) | |
| | ) | |
| Plaintiff | ) | Adv. Pro. No.   21-01026 |
| | ) | |
| v. | ) | |
| | ) | |
| SALEH AL YOUSSEF, | ) | |
| | ) | |
| Defendant | ) | |

**STIPULATION REGARDING SETTLEMENT OF ADVERSARY
PROCEEDING AND DISMISSAL OF CASE**

William K. Harrington, the United States Trustee for Region 1 ("UST" or "Plaintiff") and Saleh Al Youssef ("Debtor" or "Defendant") file this stipulation to resolve the adversary proceeding and dismiss the Debtor's chapter 7 case with a two-year bar to filing bankruptcy.

The parties represent as follows:

WHEREAS, on or about May 6, 2021, Plaintiff filed a complaint objecting to Defendant's discharge pursuant to 11 USC 727(a)(2), (a)(3), (a)(4) and (a)(5), which was amended on August 16, 2021.

WHEREAS, Plaintiff and Defendant wish to resolve the matter without need for further inquiry or litigation.

NOW THEREFORE, in consideration of the mutual promises and covenants contained herein, and other good and valuable consideration, by all parties hereto, the Plaintiff and Defendant agree that:

1. The Debtor consents to entry of an order dismissing his chapter 7 case with a two-year bar to filing bankruptcy.

2. The UST consents to entry of an order dismissing the suit.

3. Each party will bear his own costs.

4. The UST and Debtor, their successors and assigns, if any, and their agents, servants, employees and attorneys, do hereby unconditionally and irrevocably hold harmless, remise, release, quitclaim and forever discharge the other's respective successors and assigns, present or past directors, officers, employees, agents, attorneys, heirs, executors and administrators, if any, of and from any and all rights, liabilities, debts, sums of money, actions, causes of action, suits, covenants, contracts, controversies, agreements, promises, damages, judgments, executions, claims and demands whatsoever, in law or in equity, whether now known or unknown, anticipated or unanticipated, contingent or accrued, which either party has or might subsequently have against the other party by reason of any matter or thing whatsoever arising out of or in any way connected directly or indirectly with the facts surrounding the complaint.

Respectfully Submitted,

WILLIAM K. HARRINGTON, UNITED STATES TRUSTEE, REGION 1

By:   */s/ Paula R. C. Bachtell*
Paula R. C. Bachtell BBO#564155
U. S. Department of Justice
John W. McCormack Post Office & Courthouse
5 Post Office Square, 10th Floor, Suite 1000

                          Boston, MA 02109-3934
                          PHONE: (617) 788-0406
                          FAX: (617) 565-6368
                          Paula.bachtell@usdoj.gov

Dated: March 31, 2022.

                          SALEH AL YOUSSEF

                 By: */s/ James P. Ehrhard (By Permission)*
                          James P. Ehrhard BBO#651797
                          Ehrhard & Associates, P.C.
                          250 Commercial Street, Suite 410
                          Worcester, MA 01608
                          PHONE: (508) 791-8411
                          ehrhard@ehrhardlaw.com

Dated: March 31, 2022.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: ) | | |
| ) | | |
| SALEH AL YOUSSEF, ) | | |
| ) | Chapter 7 | |
| Debtor ) | Case No. | 19-12420-JEB |
| ) | | |
| ) | | |
| ) | | |
| WILLIAM K. HARRINGTON, ) | | |
| UNITED STATES TRUSTEE, ) | | |
| REGION 1, ) | | |
| ) | | |
| Plaintiff ) | Adv. Pro. No. | 21-01026 |
| ) | | |
| v. ) | | |
| ) | | |
| SALEH AL YOUSSEF, ) | | |
| ) | | |
| Defendant ) | | |

**ORDER**

WHEREAS, on or about May 6, 2021, Plaintiff filed a complaint objecting to Defendant's discharge pursuant to 11 USC 727(a)(2), (a)(3), (a)(4) and (a)(5), which was amended on August 16, 2021.

WHEREAS, Plaintiff and Defendant wish to resolve the matter without need for further inquiry or litigation.

ORDERED AND ADJUDGED that the Joint Motion to Approve Settlement of Adversary Proceeding and Dismissal of Case is APPROVED.  It is further

ORDERED and ADJUDGED that the Stipulation is APPROVED. It is further

ORDERED and ADJUDGED that the Debtor's chapter 7 case is DISMISSED WITH A TWO-YEAR BAR TO FILING BANKRUPTCY.

Date:_____                    _____
                                        Honorable Janet E. Bostwick
                                        United States Bankruptcy Judge

```
Label Matrix for local noticing        Boston                                   Alexis Tejada & Keiko Kawazoe
0101-1                                  U. S. Bankruptcy Court                  c/o LAWRENCE & ASSOCIATES, INC.
Case 19-12420                           J.W. McCormack Post Office & Court House 2374 Post Road
District of Massachusetts               5 Post Office Square, Suite 1150        Warwick, RI 02886-2270
Boston                                  Boston, MA 02109-3945
Tue Mar 29 16:25:34 EDT 2022

Amar Joubi                              Asset Recovery Solutions, LLC           Associated Credit Services, Inc.
1 Sandyridge Circle                     2200 E. Devin Avenue                    PO Box 5171
Sharon, MA 02067-1849                   Suite 200                               Westborough, MA 01581-5171
                                        Des Plaines, IL 60018-4501


Bank Of America                         Bank of America, N.A.                   Boston Medical Center
4909 Savarese Circle                    P O Box 982284                          PO Box 419877
Fl1-908-01-50                           EL PASO, TX 79998-2284                  Boston, MA 02241-9877
Tampa, FL 33634-2413


Boston University Affiliated Physicians Brown & Joseph, LTD                     Capital One
PO Box 41471                            PO Box 59838                            Attn: Bankruptcy
Boston, MA 02241-0001                   Schaumburg, IL 60159-0838               Po Box 30285
                                                                                Salt Lake City, UT 84130-0285


Capital One Bank (USA), N.A.            Central Credit Services LLC             Convergent Outsourcing, Inc.
4515 N Santa Fe Ave                     PO Box 15118                            800 SW 39th Street
Oklahoma City, OK 73118-7901            Jacksonville, FL 32239-5118             Suite 100
                                                                                PO Box 9004
                                                                                Renton, WA 98057-9004

Discover Bank                           (p)DISCOVER FINANCIAL SERVICES LLC      EVO Payments International
Discover Products Inc                   PO BOX 3025                             PO Box 59838
PO Box 3025                             NEW ALBANY OH 43054-3025                Schaumburg, IL 60159-0838
New Albany, OH 43054-3025


Elias Youssef                           Enterprise Rent-A-Car                   First Insurance Funding
65 Greentree Lane                       Attn: Accts Receivable                  PO Box 7000
Apartment 33                            405 West Street                         Carol Stream, IL 60197-7000
South Weymouth, MA 02190-2015           West Bridgewater, MA 02379-1050


First Premier Bank                      Franklin Collection Service, Inc.       James S. Lawrence, Esq.
Attn: Bankruptcy                        PO Box 3910                             LAWRENCE & ASSOCIATES, INC.
Po Box 5524                             Tupelo, MS 38803-3910                   2374 Post Road
Sioux Falls, SD 57117-5524                                                      Warwick, RI 02886-2270


Law Office of Edward F. McLaughlin      McCarthy, Burgess & Wolff, Inc.         Medical Revenue Service
262 Essex Street                        26000 Cannon Road                       PO Box 1149
Unit S2                                 Cleveland, OH 44146-1807                Sebring, FL 33871-1149
Salem, MA 01970-3452


Nissan Motor Acceptance                 North American Bancard                  Norwood Hospital
Attn: Bankruptcy                        250 Stephneson Highway                  PO Box 417073
Po Box 660360                           Troy, MI 48083-1117                     Boston, MA 02241-7073
Dallas, TX 75266-0360
```

| | | |
|---|---|---|
| Platinum Motors<br>96 N. Bedford Street<br>East Bridgewater, MA 02333-1142 | Rabih Chahine<br>99 Fountain Lane<br>South Weymouth, MA 02190-2174 | Reliant Funding<br>525 Broadhollow Road<br>Melville, NY 11747-3718 |
| Reliant Funding<br>c/o Law Office of Carl Brugnoli<br>P.O. Box 320530<br>Boston, MA 02132-0009 | Solomon And Solomon<br>Columbia Circle<br>PO Box 15019<br>Albany, NY 12212-5019 | Synergetic Communications, Inc.<br>2700 East Seltice Way<br>Suite 4<br>Post Falls, ID 83854-6387 |
| George N. Piandes<br>Hines Law Offices<br>873 Waverly Street<br>Framingham, MA 01702-6812 | James P. Ehrhard<br>Ehrhard & Associates, P.C.<br>250 Commercial Street<br>Suite 410<br>Worcester, MA 01608-1721 | John Aquino<br>Anderson Aquino LLP<br>240 Lewis Wharf<br>Boston, MA 02110-3927 |
| John Fitzgerald<br>Office of the US Trustee<br>J.W. McCormack Post Office & Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109-3901 | Saleh Al Youssef<br>126 Pleasant Street<br>Norwood, MA 02062-3815 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Financial
Attn: Bankruptcy Department
Po Box 15316
Wilmington, DE 19850

End of Label Matrix
Mailable recipients    40
Bypassed recipients     0
Total                  40